JS-6

GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant FCA US LLC, a Delaware Limited Liability Company

THE BARRY LAW FIRM
11845 W. Olympic Blvd, Suite 1270
Los Angeles, California 90064
Telephone: (310) 684-5859
Facsimile: (310) 862-4539
Electronic Service: eserviceFCA@mylemonrights.com

Attorney: DAVID N. BARRY, SBN: 219230

Attorney for Plaintiff JAYSON KYNARD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON KYNARD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive <br><br> Defendants. | Case No: 2:24-cv-05024-PA-SSC <br> Dist. Judge: Percy Anderson <br> Mag. Judge: Stephanie S. Christensen <br> Courtroom: 9A |

The Court, having received the Stipulation to Remand, hereby orders this matter remanded to State Court.

**IT IS SO ORDERED.**

Date: June 17, 2024

_____
Percy Anderson
United States Disrict Judge

[PROPOSED] ORDER